**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br>**v.**<br><br>**JOSEPH A. CAMMARATA, ERIK COHEN, DAVID H. PUNTURIERI, ALPHAPLUS PORTFOLIO RECOVERY CORP., AND ALPHA PLUS RECOVERY LLC,**<br><br>**Defendants.** | **Civil Action No. 21-cv-04845 (CFK)** |

**STIPULATION AND ORDER TO EXTEND THE RELIEF GRANTED IN THE TEMPORARY RESTRAINING ORDER**

Plaintiff Securities and Exchange Commission, Defendant Joseph A. Cammarata, Defendant Erik Cohen, Defendant David H. Punturieri, and Intervener and Nominal Defendant Nina Cammarata (collectively the "Parties"), stipulate and agree as follows:

**WHEREAS**, this matter was initiated by the plaintiff, United States Securities and Exchange Commission ("Plaintiff"), on November 3, 2021, by Complaint [ECF No. 1] and Ex Parte Motion for Temporary Restraining Order Enjoining Violations of The Federal Securities Laws, Freezing Assets, Granting Other Relief, and Order to Show Cause [ECF Nos. 2 & 3]; and

**WHEREAS**, on November 4, 2021, this Court entered a Temporary Restraining Order Freezing Assets and Prohibiting Destruction of Records and Data [ECF No. 4] (the "TRO Order"); and

**WHEREAS** on November 10, 2021, after a hearing and with consent of those parties who had appeared in the case at that time, the Court entered an Order which, among other things, extended the asset freeze and other relief set forth in the TRO Order ("November 10 Order"); and

**WHEREAS** the November 10 Order directed the parties "to continue conferring regarding a potential stipulated preliminary injunction and potential carve outs to the asset freeze, for reasonable, necessary and appropriate expenses related to the retention of counsel in the parallel criminal case, *United States v. Cammarata, et al.*, No. 21-cr-00427 (CFK) (the "Criminal Case"), living expenses, and preservation of assets subject to the TRO Order"; and

**WHEREAS** the November 10 Order provided that "[o]n or before December 2, 2021, the parties shall file stipulated agreements regarding any carve outs for attorneys' fees, living expenses, or preservation of assets for the Court's consideration, and shall notify the Court of any issues on which they have not agreed. Such stipulations shall be without prejudice to any party to such a stipulation seeking a modification in the future in the event of changed circumstances"; and

**WHEREAS** the parties have submitted stipulations for the Court's consideration as agreements have been reached; and

**WHEREAS** the parties have conferred and continue to confer in good faith regarding a potential stipulated preliminary injunction and potential carve outs to the asset freeze, for reasonable, necessary and appropriate expenses related to the retention of counsel in the parallel criminal case, *United States v. Cammarata, et al.*, No. 21-cr-00427 (CFK) (the "Criminal Case"), living expenses, and preservation of assets subject to the TRO Order; and

**WHEREAS** the parties require more time to continue their discussions and to provide documents relating to the proposed expenses and review documents submitted, and at this time there are not any issues upon which the parties have reached an impasse:

**NOW THEREFORE**, the Parties stipulate and agree and the Court hereby **ORDERS**, as follows:

1. The relief provided in the TRO Order and November 10 Order is extended through January 25, 2022 at 11:59 p.m. ("TRO Order"), or as otherwise ordered by the Court.

2. As the Parties have consented to the continuation of the relief provided in the TRO Order and November 10 Order, the Show Cause Hearing scheduled for December 9, 2021 and the deadline of December 6, 2021 to notify the Court of an intent to oppose entry of a preliminary injunction are adjourned.

3. The parties are directed to continue conferring regarding a potential stipulated preliminary injunction and potential carve outs to the asset freeze, for reasonable, necessary and appropriate expenses related to the retention of counsel in the parallel criminal case, *United States v. Cammarata, et al.*, No. 21-cr-00427 (CFK) (the "Criminal Case"), living expenses, and preservation of assets subject to the TRO Order.

4. The parties shall file stipulated agreements regarding any carve outs for attorneys' fees, living expenses, or preservation of assets for the Court's consideration as soon as practicable, and may apply to the Court for interim relief in the event that they cannot reach an agreement. Such stipulations shall be without prejudice to any party to such a stipulation seeking a modification in the future in the event of changed circumstances.

Dated: December __, 2021

________________________________
Chad F. Kenney
United States District Judge

The undersigned consents to
the form and entry of this Order

By: s/ John V. Donnelly III
John V. Donnelly III, Esq.

**Securities and Exchange Commission**
1617 JFK Boulevard
Suite 520
Philadelphia, PA 19103
(215) 597-3100
donnellyj@sec.gov
*Counsel to Plaintiff*

By: s/ Jennifer L. Beidel
Jennifer L. Beidel, Esq.

**Saul Ewing Arnstein & Lehr LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777
jennifer.beidel@saul.com
*(Signature added with consent)*

Joseph A. Valenti, Esq.
**Saul Ewing Arnstein & Lehr LLP**
One PPG Place, Suite 3010
Pittsburgh, PA 15222
(412) 209-2500
joe.valenti@saul.com
*Counsel to Defendant David H. Punturieri*

By: s/ Meredith Lowry
Mark B. Sheppard, Esq.
Meredith Lowry, Esq.

**Klehr Harrison Harvey Branzburg LLP**
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 569-2700
msheppard@klehr.com
mlowry@klehr.com

*Counsel to Defendant Erik Cohen*
*(Signature added with consent)*

By: s/ Antonio M. Pozos
Antonio Miguel Pozos, Esq.
Victoria Leigh Andrews, Esq.

**Faegre Drinker Biddle & Reath LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
antonio.pozos@faegredrinker.com
victoria.andrews@faegredrinker.com
*Counsel to Defendant Joseph A. Cammarata*
*(Signature added with consent)*

By: s/ Sydney J. Darling
William J. Hughes, Jr., Esq.
Sydney J. Darling, Esq.

**Porzio, Bromberg & Newman, P.C.**
15 East 8th Street
Ocean City, NJ 08226-3737
(609) 439-4222
wjhughes@pbnlaw.com
sjdarling@pbnlaw.com
*Counsel to Intervening Party Defendant Nina M. Cammarata*
*(Signature added with consent)*