**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br>**v.**<br><br>**JOSEPH A. CAMMARATA, ERIK COHEN, DAVID H. PUNTURIERI, ALPHAPLUS PORTFOLIO RECOVERY CORP., AND ALPHA PLUS RECOVERY LLC,**<br><br>**Defendants.** | **Civil Action No. 21-cv-04845 (CFK)** |

**STIPULATION AND PRELIMINARY INJUNCTION ORDER**

Plaintiff Securities and Exchange Commission ("Commission" or "Plaintiff"), Defendant Joseph A. Cammarata ("Joseph Cammarata"), Defendant Erik Cohen ("Cohen"), Defendant David H. Punturieri ("Punturieri"), and Intervener and Nominal Defendant Nina Cammarata ("Nina Cammarata") (collectively the "Parties"), stipulate and agree as follows:

**WHEREAS** on November 3, 2021, the Commission commenced this action ("Action") by filing a Complaint (Dkt. No. 1), Ex Parte Motion for Temporary Restraining Order Enjoining Violations of The Federal Securities Laws, Freezing Assets, Granting Other Relief, and Order to Show Cause (Dkt. No. 2), and, in support of the motion, submitted a memorandum of law (Dkt. No. 2-1), Declaration of Dustin Ruta and exhibits thereto (Dkt. No. 3 - 3-5), and Declaration of John Donnelly (Dkt. No. 2-2); and

**WHEREAS,** on November 4, 2021, this Court considered the Commission's submissions and entered a Temporary Restraining Order Freezing Assets and Prohibiting Destruction of Records and Data (Dkt. No. 4) (the "TRO Order"); and

**WHEREAS** on November 10, 2021, after a hearing and with consent of those parties who had appeared in the case at that time, the Court entered an Order which, among other things, extended the asset freeze and other relief set forth in the TRO Order ("November 10 Order"); and

**WHEREAS** the November 10 Order also directed the parties "to continue conferring regarding a potential stipulated preliminary injunction and potential carve outs to the asset freeze, for reasonable, necessary and appropriate expenses related to the retention of counsel in the parallel criminal case, *United States v. Cammarata, et al.,* No. 21-cr-00427 (CFK) (the "Criminal Case"), living expenses, and preservation of assets subject to the TRO Order"; and

**WHEREAS,** on November 22, 2021, the Court entered the Stipulation and Consent Order Permitting Limited Intervention by Nina Cammarata as a Nominal Defendant (Dkt. No. 23), permitting Nina Cammarata to intervene in this case as a nominal party defendant for the limited purpose of protecting her rights and claim to all legitimate assets of the marital estate not subject to disgorgement by Plaintiff; and

**WHEREAS** on December 3, 2021, pursuant to the stipulation of the parties who had appeared in the case at that time, the Court entered an Order which, among other things, extended the asset freeze and other relief set forth in the TRO Order and extended by the November 10 Order ("December 3 Order") through January 25, 2022; and

**WHEREAS** the December 3 Order also directed the parties to consider whether to stipulate to the extension of the relief in the TRO Order, propose a discovery schedule relating to

a preliminary injunction hearing, address the status of the two entity defendants, and consider the other current litigation relating to this matter; and

**WHEREAS** Joseph Cammarata, Cohen, and Punturieri are all defendants in the Criminal Case, which derives from substantially the same facts and circumstance underlying this Action; and

**WHEREAS** defendants AlphaPlus Portfolio Recovery Corp. and Alpha Plus Recovery LLC have been served with process pursuant to Rule 4 of the Federal Rules of Civil Procedure but have not appeared in this action (Dkt. Nos. 61-62); and

**WHEREAS** the Parties agree that the Court's TRO Order, November 10 Order, and December 3 Order should be extended as a preliminary injunction continuing the existing asset freeze and adding the accounts and additional property identified in this stipulation and Order to the list of accounts and property expressly enumerated in the asset freeze, enjoining defendants from violating the federal securities laws; continuing the order prohibiting the destruction of documents and requiring the preservation and retention of documents; and

**WHEREAS** the Parties agree that the defendants' consent to the entry of this Preliminary Injunction is not an admission of liability by any defendant and that any Party may petition the Court in the future to revise, amend, or vacate the Preliminary Injunction; and

**WHEREAS** the Parties agree that all Parties preserve any arguments they currently possess regarding this case, including, but not limited to arguments regarding liability, except that Defendants agree that they have been properly served and that this Court has personal jurisdiction over them and subject matter jurisdiction over this Action; and

**WHEREAS** the Parties have submitted stipulations for the Court's consideration as agreements have been reached regarding carve outs from the asset freeze for attorneys' fees in the Criminal Case, living expenses, and preservation of assets subject to the TRO Order; and

**WHEREAS** the Parties anticipate that future carve outs from the asset freeze may be necessary as the Criminal Case and this Action proceed and will continue to confer in good faith regarding potential carve outs to the asset freeze; and

**NOW THEREFORE,** the Parties stipulate and agree and the Court hereby **ORDERS,** as follows:

1. The Court hereby enters a **Preliminary Injunction** extending all provisions provided in the TRO Order, November 10 Order, and December 3 Order, including but not limited to the asset freeze, the prohibition against the destruction of documents, and the obligation to preserve and retain documents, until further order of the Court.

2. As set forth in the TRO Order, November 10 Order, and December 3 Order, the asset freeze includes, but is not limited to, the accounts and property identified in Appendices A, B, and C to this Stipulation and Preliminary Injunction Order.

3. Defendants are hereby restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

4. Plaintiff may serve this Order through any means reasonably calculated to provide notice of the asset freeze to third-parties, including but not limited to email, U.S. mail, third-party carrier, personal delivery, or facsimile.

5. All Defendants shall answer or otherwise respond to the Complaint by February 10, 2022.

6. This Preliminary Injunction shall remain in force and effect, subject to any future carve outs or modifications, until further order of this Court.

7. This Order also binds the following who receive actual notice of this Preliminary Injunction by personal service or otherwise: (a) any of Defendants' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with any Defendant or with anyone described in (a).

8. In the event of changed circumstances, any party may petition the Court to amend or vacate this Order.

9. This Order does not constitute a waiver of any right or defense of any party, except that Defendants agree that they have been properly served and that this Court has personal jurisdiction over them and subject matter jurisdiction over this Action.

Dated: January 12, 2022

/s/ Chad F. Kenney

Chad F. Kenney
United States District Judge

The undersigned consent to
the form and entry of this Order

By: s/ John V. Donnelly III______
John V. Donnelly III

**Securities and Exchange Commission**
1617 JFK Boulevard
Suite 520
Philadelphia, PA 19103
(215) 597-3100
donnellyj@sec.gov
*Counsel to Plaintiff*

By: s/ Jennifer L. Beidel________
Jennifer L. Beidel, Esq.

**Saul Ewing Arnstein & Lehr LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777
jennifer.beidel@saul.com

Joseph A. Valenti, Esq.
**Saul Ewing Arnstein & Lehr LLP**
One PPG Place, Suite 3010
Pittsburgh, PA 15222
(412) 209-2500
joe.valenti@saul.com
*Counsel to Defendant David H. Punturieri*

By: s/ Meredith Lowry___
Mark B. Sheppard, Esq.
Meredith Lowry, Esq.

**Klehr Harrison Harvey Branzburg LLP**
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 569-2700
msheppard@klehr.com
mlowry@klehr.com
*Counsel to Defendant Erik Cohen*

By: s/ Antonio M. Pozos________
Antonio Miguel Pozos, Esq.
Victoria Leigh Andrews, Esq.

**Faegre Drinker Biddle & Reath LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
antonio.pozos@faegredrinker.com
victoria.andrews@faegredrinker.com
*Counsel to Defendant Joseph A. Cammarata*

By: s/ William J. Hughes, Jr._____
William J. Hughes, Jr.
Sydney J. Darling

**Porzio, Bromberg & Newman, P.C.**
15 East 8th Street
Ocean City, NJ 08226-3737
(609) 439-4222
wjhughes@pbnlaw.com
sjdarling@pbnlaw.com
*Counsel to Intervener Nina M. Cammarata*

# Appendix A

| Bank/Broker | Account Holder | Account Number (Last 4 Digits) |
|---|---|---|
| Alianza Valores Comisionista de Bolsa S.A. | Joseph Cammarata | Unknown |
| Apex Clearing Corporation | David Punturieri | *5014 |
| Apex Clearing Corporation | David Punturieri | *0166 |
| Bancolombia S.A. | Joseph Cammarata | *4558 |
| Bank of America | Nine Six Tech Inc. | *2745 |
| Bank of America | Nine Six Tech Inc. | *5184 |
| Bank of America | WOT Trading LLC | *5599 |
| Bank of America | David Punturieri | *0044 |
| Bank of America | Joseph Cammarata | *6848 |
| Coinbase | Unknown | Unknown |
| Columbia Bank | Present Six LLC | *5275 |
| E*Trade | David Punturieri | *4976 |
| Entrex Capital Market Inc. | Unknown | Unknown |
| Interactive Brokers LLC | Speedroute Technologies Inc. | *4121 |
| Interactive Brokers LLC | Speedroute Technologies Inc. | *7677 |
| Interactive Brokers LLC | Speedroute Technologies Inc. | *8834 |
| Interactive Brokers LLC | Speedroute Technologies Inc. | *0947 |
| Interactive Brokers LLC | Speedroute Technologies Inc. | *2682 |
| Interactive Brokers LLC | Speedroute Technologies Inc. | *6476 |
| Interactive Brokers LLC | Speedroute Technologies Inc. | *9438 |
| Invesco Funds | David Punturieri | *1825 |
| Investors Bank | Quartis Trade & Investments LLC | *5993 |
| Lincoln Investments | David Punturieri | *2872 |
| Lincoln Investments | David Punturieri 401(a) | *2872 |
| Lincoln Investments | David Punturieri IRA | *2872 |
| Lincoln Investments | David Punturieri SEP IRA | *2872 |
| Merrill Lynch | Joseph & Nina Cammarata (Joint Sub CMA) | *8187 |
| Merrill Lynch | Joseph Cammarata | *6349 |
| Merrill Lynch | Joseph Cammarata | *2319 |
| Merrill Lynch | Joseph Cammarata | *3524 |

| Bank/Broker | Account Holder | Account Number (Last 4 Di its) |
|---|---|---|
| Merrill Lynch | Joseph Cammarata | *4310 |
| Merrill Lynch | Joseph Cammarata | *3121 |
| Merrill Lynch | Joseph Cammarata | *3120 |
| Merrill Lynch | Joseph Cammarata | *6351 |
| Merrill Lynch | Joseph Cammarata | *4305 |
| Merrill Lynch | Joseph Cammarata | *4304 |
| Merrill Lynch | Joseph Cammarata | *4303 |
| Merrill Lynch | Joseph Cammarata | *5348 |
| Merrill Lynch | Joseph Cammarata est for Josepha Cammarata Jr. UTMA | *0264 |
| Merrill Lynch | Misc. Holdings Corp SEP FBO Joseph Cammarata | *5956 |
| Merrill Lynch | PB Trade LLC | *2002 |
| Merrill Lynch | PB Trade LLC | *2304 |
| Merrill Lynch | PB Trade LLC | *2306 |
| Merrill Lynch | PB Trade LLC | *2307 |
| Merrill Lynch | PB Trade LLC | *2309 |
| Merrill Lynch | PB Trade LLC | *2368 |
| Merrill Lynch | Sandy Cay LLC | *2321 |
| Merrill Lynch | Sandy Cay LLC | *2357 |
| Merrill Lynch | Sandy Cay LLC | *2358 |
| Merrill Lynch | Sandy Cay LLC | *2362 |
| Metropolitan Commercial Bank | PB Trade LLC | *3217 |
| Metropolitan Commercial Bank | PB Trade LLC | *3233 |
| Metropolitan Commercial Bank | Speedroute Technologies Inc. | *2261 |
| Metropolitan Commercial Bank | Speedroute Technologies Inc. | *0744 |
| Morgan Stanley | Joseph Cammarata | *7435 |
| Morgan Stanley | Joseph Cammarata | *9129 |
| Morgan Stanley | PB Trade LLC | *1529 |
| Morgan Stanley | PB Trade LLC | *9567 |
| Morgan Stanley | PB Trade LLC | *2442 |
| Morgan Stanley | PB Trade LLC | *9768 |
| National Financial Services | Erik Cohen | *911-1 |
| National Financial Services | Erik Cohen IRA | *849-1 |
| New York Community Bank | David Punturieri | *5702 |
| Oppenheimer | David Punturieri | Unknown |
| PNC Bank | Alpha Plus Recovery LLC | *6602 |

| Bank/Broker | Account Holder | Account Number (Last 4 Di its) |
|---|---|---|
| PNC Bank | Erik Cohen | *8257 |
| PNC Bank | Nimello Holding LLC | *6658 |
| PNC Bank | SSA Technologies LLC | *3485 |
| Robinhood | David Punturieri | Unknown |
| TD Ameritrade | Joseph Cammarata | *1707 |
| TD Bank | 710 Properties LLC | *2832 |
| TD Bank | Advanced Tech NJ LLC | *9194 |
| TD Bank | Alpha Plus Recovery LLC | *7766 |
| TD Bank | Alpha Plus Recovery LLC | *1530 |
| TD Bank | Alpha Plus Recovery LLC | *1481 |
| TD Bank | Alpha Plus Recovery LLC | *1340 |
| TD Bank | Alpha Plus Recovery LLC | *1308 |
| TD Bank | Alpha Plus Recovery LLC | *1415 |
| TD Bank | Alpha Plus Recovery LLC | *1473 |
| TD Bank | Alpha Plus Recovery LLC | *1449 |
| TD Bank | Alpha Plus Recovery LLC | *1423 |
| TD Bank | Alpha Plus Recovery LLC | *1580 |
| TD Bank | Alpha Plus Recovery LLC | *8747 |
| TD Bank | Alpha Plus Recovery LLC | *1506 |
| TD Bank | Alpha Plus Recovery LLC | *1465 |
| TD Bank | Alpha Plus Recovery LLC | *1514 |
| TD Bank | Alpha Plus Recovery LLC | *1457 |
| TD Bank | Alpha Plus Recovery LLC | *1522 |
| TD Bank | Alpha Plus Recovery LLC | *1407 |
| TD Bank | Alpha Plus Recovery LLC | *1431 |
| TD Bank | Alpha Plus Recovery LLC | *1324 |
| TD Bank | Alpha Plus Recovery LLC | *1556 |
| TD Bank | Alpha Plus Recovery LLC | *1316 |
| TD Bank | Alpha Plus Recovery LLC | *1548 |
| TD Bank | Alpha Plus Recovery LLC | *6452 |
| TD Bank | Alpha Plus Recovery LLC | *3752 |
| TD Bank | Alpha Plus Recovery LLC | *1499 |
| TD Bank | Alpha Plus Recovery LLC | *1390 |
| TD Bank | Alpha Plus Recovery LLC | *1291 |
| TD Bank | David & Carla Punturieri | *8930 |
| TD Bank | David Punturieri | *6341 |
| TD Bank | David Punturieri | *6507 |
| TD Bank | Erik & Tammy Cohen | *6197 |
| TD Bank | Erik Cohen | *2738 |

| Bank/Broker | Account Holder | Account Number (Last 4 Di its) |
|---|---|---|
| TD Bank | Erik Cohen | *9024 |
| TD Bank | Erik Cohen | *8096 |
| TD Bank | Erik Cohen | *4718 |
| TD Bank | Joseph & Nina Cammarata | *0808 |
| TD Bank | Misc. Holdings Corp | *2956 |
| TD Bank | N328MB LLC | *6114 |
| TD Bank | Newer Ventures LLC | *7783 |
| TD Bank | Nine Six Tech Inc. | *0087 |
| TD Bank | Nine Six Tech Inc. | *8436 |
| TD Bank | PB Trade LLC | *3555 |
| TD Bank | Present Six LLC | *9931 |
| TD Bank | SSA Technologies LLC | *0181 |
| TradeStation | Erik Cohen | *6169 |
| TradeStation | David Punturieri | *9142 |

**Appendix B**

| Type | Identification # | Plate# | Description | Owner |
|---|---|---|---|---|
| Aircraft | N101JT | | Ownership interest in HondaJet Elite HA-420 | Cammarata |
| Aircraft | N328MB | | Cirrus SR-22 | Cammarata |
| Real Property | | | 12 Gull Point Road; Monmouth Beach, NJ 07750 | Cammarata |
| Real Property | | | 372 Brookside Drive; Pocono Pines, PA 18350 | Cammarata |
| Real Property | | | Bahama Palm Shores; Abaco, Bahamas | Cammarata |
| Real Property | | | Sandy Cay; The Abacos, Bahamas | Cammarata |
| Real Property | | | Carrera 8A #97-07 Apto 506; Bogota D.C. | Cammarata |
| Real Property | | | 469 Eisenhower Avenue; Ortley Beach, NJ 08751 | Punturieri |
| Real Property | | | 1029 Ionia Avenue; Staten Island, NY 10309 | Punturieri |
| Vehicle | 137ZA 8430V E1755 46 | LEKV26 | 1997 Black AMGH1 (Hummer) | Cohen |
| Vehicle | 1832943730 or BKFBC 109E920 | A21MFG | 1973 Volkswagen Thing | Cammarata |
| Vehicle | 1C4RJFCT4CC203196 | Unknown | Jeep Grand Cherokee | Cammarata |
| Vehicle | IFABP42E5HF203307 | T62NYB | Ford Mustang GT | Cohen |

| **Type** | **Identification #** | **Plate#** | **Description** | **Owner** |
|---|---|---|---|---|
| Vehicle | 1GYS4FKL8MR246880 | KKL1280 | 2021 Grey Cadillac Escalade | Punturieri |
| Vehicle | 1HGCP263X8A106159 | Unknown | Honda (model unknown) | Cohen |
| Vehicle | 4JGBF86E48A402498 | S89HLF | Mercedes-Benz GL 550 4Matic | Cohen |
| Vehicle | 4JGCB65E38A08451 1 | L17PBH | Mercedes-Benz R350 | Cohen |
| Vehicle | 5A4FXLG 1212010849 | TUH41V | Unknown | Cohen |
| Vehicle | 5UXCW2C07L9D32599 | GMZ1218 | Unknown | Cammarata |
| Vehicle | 5UXCX6C02L9B36252 | F79MAA | BMWX7M50I | Cammarata |
| Vehicle | 5YJ3ElEBXLF664617 | Z69MMH | Tesla Model 3 | Cammarata |
| Vehicle | ER201535800000256 | Unknown | 2012 Yellow Ferrari California | Cohen |
| Vehicle | JN1CA21DXWT501561 | Unknown | Nissan Maxima GLE | Cohen |
| Vehicle | JTJHY7AX3J4274221 | T76KRM | Lexus LX 570 | Cammarata |
| Vehicle | KWEMF141J314 | 3891HN | Unknown | Cammarata |
| Vehicle | SAJWA 82C98 TH263 37 | C50MJL | 2008 Jaguar XJ | Cohen |
| Vehicle | SALTY124XYA243 177 | Unknown | 2000 Land Rover Discovery Series II Base | Cammarata |
| Vehicle | SBMl 1BAAXDW00271 1 | Unknown | 2013 White McLaren MP4-12C Spider | Cohen |
| Vehicle | SCA 1S 68404 UX072 43 | CLSACTN | 2004 Rolls Royce Phantom | Cohen |
| Vehicle | Unknown | AJH5361 (2007) | Unknown | Cohen |
| Vehicle | Unknown | ERIK80 (2007) | Unknown | Cohen |
| Vehicle | VIN 5UXCW2C07L9D32599 | NY GMZ1218 | 2020 White BMW | Punturieri |
| Vehicle | WBANU535X8CT01459 | Unknown | 2008 BMW 5 Series 5281 | Cammarata |
| Vehicle | WBS83CH03MCF06860 | E36NAC | BMWM5 | Cammarata |
| Vehicle | WDBRN40Jl 3A442744 | Unknown | Unknown | Cohen |
| Vehicle | WDDRJ 7HA5B A0006 23 | GULWING | 2011 Sliver Mercedes Benz | Cohen |

| Type | Identification # | Plate# | Description | Owner |
|---|---|---|---|---|
| Vehicle | WMEEK31X58K123002 | Unknown | 2008 Smart Porto Passion Cabrio | Cammarata |
| Vehicle | WP0CB2A95LS262296 | HTJ4417 | 2020 White Porsche | Punturieri |
| Vehicle | WP 1AC2A22ELA87718 | LEEL40 | Porsche Cayenne Turbo | Cohen |
| Vehicle | WP1AF2A2XDLA32651 | Unknown | 2013 Porsche Cayenne Diesel | Cammarata |
| Vehicle | ZAM45VMA6J0292740 | L10LWH | Maserati Gran Turismo S | Cammarata |
| Vehicle | ZFF65LJA5C0182420 | FORARI | Ferrari California | Cohen |
| Vehicle | ZFF67NFA8A0174842 | LEKA81 | Ferrari 458 Italia | Cohen |
| Vehicle | ZFFFG 36A8L 00872 10 | A35AUL | 1990 Red Ferrari Spider-348 TS | Cohen |
| Vehicle | Unknown | Unknown | 2015 McLaren 650S Springer | Cammarata |
| Vehicle | Unknown | Unknown | Volkswagen Nuevo Tiguan Allspace | Cammarata |
| Watercraft | BKFBC 109E9 20 | | | Cammarata |
| Watercraft | CRS7341BB888 | | | Cammarata |
| Watercraft | FGBL0 1000021 | | | Punturieri |
| Watercraft | TNRD9115K900 | | | Cammarata |
| Watercraft | VKY64341H708 | | 64' Viking | Cammarata (via Water Hog LLC) |
| Watercraft | YDV28451K920 | 6510HN | 2020 Sea Doo GTX230LTD | Cammarata |
| Watercraft | YDV28452K920 | 6509HN | 2020 Sea Doo GTX230LTD | Cammarata |
| Watercraft | ZZN20756J495 | | 1995 Sea Doo Bombardier | Cammarata |
| Watercraft | WCG00060E717 | | 2017 25' Boston Whaler 210 | Cammarata |
| Watercraft | SLPVU166C020 | | 2020 34' 11" Scout 355 LXF | Cammarata |
| Watercraft | SLPKU149C020 | | 2020 23' 08" Scout 235XSF | Cammarata |
| Watercraft | Unknown | | Galeon 425 | Cammarata |

| Type | Identification # | Plate# | Description | Owner |
|---|---|---|---|---|
| Watercraft | Unknown | | Grady White 25' | Cammarata |
| Watercraft | Unknown | | Ocean Master 27' | Cammarata |
| Watercraft | Unknown | | Island Bird 21' | Cammarata |
| Watercraft | Unknown | | Yellowfin 18' | Cammarata |

# Appendix C

| Asset | Description | Owner or Beneficiary |
|---|---|---|
| Life Insurance Policy and underlying reserves | Insurance policy held by Cotswold Insurance (Barbados) Ltd. Policy reserves include real estate located in the Bahamas. | Cammarata family members |
| Disability, Long Term Care and Welfare Benefit Policy and underlying reserves | Insurance policy issued by Cotswold Insurance (Barbados) Ltd. Policy reserves include cash, securities, and other assets owned by Speedroute Technologies Inc. | Cammarata |
| Cash | Cash held on behalf of Cammarata by All That Search Inc. at Ansbacher (Bahamas) Ltd. account x61.01 | Cammarata |
| Cash and Securities | Cash and securities held on behalf of Cammarata by All That Search Inc. at Magellan Securities Limited account x1428 | Cammarata |
| Red Line Marine Liquidators, Inc. | Receivable | Cammarata |
| Apex Tek, LCC | Investment | Cammarata |
| Arcarius Funding, LLC | Investment | Cammarata |
| Blue Ocean Technologies LLC | Investment | Cammarata |
| Bolsa Mercantil de Colombia | Investment | Cammarata |
| DataiFX S.A.S. | Investment | Cammarata |
| Datavault Holdings, Inc. | Investment | Cammarata |
| Dental Acquisition CompanyLLC | Investment | Cammarata |
| DFST Holdings, LLC | Investment | Cammarata |
| Digital Optica | Investment | Cammarata |
| Display Inc. (formerly TSU, Inc.) | Investment | Cammarata |
| Dynasty Wealth LLC | Investment | Cammarata |
| EcoExpan LLC | Investment | Cammarata |
| Entrex, Inc. | Investment | Cammarata |
| Equity Acquisition Company Ltd. | Investment | Cammarata |
| Escala Capital S.A.S. | Investment | Cammarata |
| Fusion IQ | Investment | Cammarata |

| Asset | Description | Owner or Beneficiary |
|---|---|---|
| ID Global Corporation | Investment | Cammarata |
| Intelid | Investment | Cammarata |
| International Technology Holdings Ltd. | Investment | Cammarata |
| Kuvera LLC | Investment | Cammarata |
| LifeSmart Group dba LifeSmart Wellness | Investment | Cammarata |
| Macon Pineridge Apartments, LLC | Investment | Cammarata |
| Omega Gold Corporation | Investment | Cammarata |
| Oneiro NA, Inc. | Investment | Cammarata |
| Parkway Dental Services, LLC | Investment | Cammarata |
| Parralax Health Sciences, Inc. | Investment | Cammarata |
| Pigeon Platform, Inc. | Investment | Cammarata |
| Pineridge Apartments, LLC | Investment | Cammarata |
| Private Transaction Network | Investment | Cammarata |
| Seed CX Ltd. | Investment | Cammarata |
| Siren Marine, LLC | Investment | Cammarata |
| TapJets Technologies Inc. | Investment | Cammarata |
| The Amerigreen Products Company (dba Amerigreen Organics Co.) | Investment | Cammarata |
| The Intellectual Property Network | Investment | Cammarata |
| The Token Team LLC | Investment | Cammarata |
| Tollpays, Inc. | Investment | Cammarata |
| Valorem S.A.S. | Investment | Cammarata |
| Ndau | Digital currency | Cammarata |
| Cryptocurrency wallet (service unknown) | Digital currency | Cohen |