IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | CIVIL ACTION |
| SECURITIES AND EXCHANGE | : |  |
| COMMISSION, | : |  |
| *Plaintiff,* | : |  |
|  | : |  |
| v. | : | No.   21-cv-4845 |
|  | : |  |
| CAMMARATA, et al., | : |  |
| *Defendants.* | : |  |

## ORDER AND JUDGMENT

**AND NOW**, this **31st** day of **August 2023**, upon consideration of the Securities and Exchange Commission's Motion for Summary Judgment as to Defendant Cammarata's liability (ECF No. 260), Defendant Cammarata's Response (ECF No. 285), and the Commission's Reply (ECF No. 289), it is hereby **ORDERED** that the Commission's Motion for Summary Judgement is **GRANTED**.

Judgement is hereby **ENTERED** in favor of the Securities and Exchange Commission and against Cammarata as to Cammarata's liability on both Counts I and II.

The parties may submit a proposed scheduling order to address the issue of damages and any discovery necessary.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**