# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH A. CAMMARATA, et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-04845** |

## O R D E R

**AND NOW,** this 22nd day of January 2024, upon consideration of Defendant Joseph A. Cammarata's Motion for Recusal and/or Disqualification of Judge (ECF No. 345) and Plaintiff's Response (ECF No. 346), it is hereby **ORDERED** that the Motion (ECF No. 345) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**