

United States District Court for the Third Circuit
District of Eastern Pennsylvania

Docket Number 21-cv-4845-CFK

SECURITIES AND EXCHANGE COMMISSION ("SEC"), Plaintiff
v.
JOSEPH CAMMARATA, Defendant

<u>Notice of Appeal</u>

   Pro se Defendant, Joseph Cammarata's appeal to the United States Court of Appeals for the Third Circuit from the district court's January 23rd, 2024 Order, ECF# 348, denying the Defendant's January 8th, 2024, Motion for Recusal or Disqualification of the Judge.

   I note for the Court that the Defendant would prefer to file an appeal on the district court's "final judgment" order, ECF 352, also issued on January 23rd, 2024. However, because there are presently three (3) ripe motions before the district court, that it has refused to provide the entry of any order disposing the outstanding motions (along with due process) and provide appealable Orders, the Defendant is unable to appeal them, or the "final judgment" Order. The Defendant's unresolved motion is the Defendant's summary judgment motion (ECF# 183), filed on December 12th, 2022, in which there was a response, reply and sur-reply, and yet was never ruled on and still unresolved. Then, while the Defendant's motion for summary judgment was still not disposed, the SEC filed for summary judgment on June 7th, 2023 (ECF# 260), in which the Defendant was never noticed (exhibited on the record) and court incredibly granted that motion for the SEC on August 31st, 2023 (ECF# 320). The Defendant then filed a timely "Motion to Alter or Amend an Order, Pursuant to Fed. R. Civ. P. 59(e)" that was filed with the district court on September 27th, 2023 as ECF# 327, which is also still pending without a response. In that Motion, the Defendant challenged the court's granting the SEC's motion for summary judgment (Order ECF# 320), based on an erroneous and misplaced legal basis of collateral estoppel **and** the fact that the district court had not provided the Defendant due process and a ruling on *his* ripe and outstanding motion for summary judgment (ECF# 183), that should have been granted.

   Since the district court has still failed to rule on the Defendant's Rule 59(e) motion (ECF# 327), on February 5th, 2024, the Defendant was forced to file a "Motion to Dismiss the SEC's Complaint for Lack of Subject Matter Jurisdiction Pursuant to Fed R. Civ. P 12(h)(3) and (in the alternative) a Motion for relief from the courts order granting summary judgment to the SEC Pursuant to Fed. R. Civ. P 60(b) as ECF# 353. Therefore, pursuant to Fed. R. App. P. 4(a)(4)(A), there are two other indisposed motions which extend the timing of filing the notice of appeal on the "final judgment" (ECF# 352). This is precluding the Defendant from being able to file an appeal on the "final judgment" since there are both a Rule 59(e) and a Rule 60(b) motion still pending at the district court. The district court continues to refuse the Defendant an appealable Order on the outstanding motions, the Defendant is prejudiced from his appeal and due process rights, inter alia.

   It is for that reason the Defendant is filing notice of appeal on the district court's Order (ECF# 348) denying the Defendant's Motion for Recusal or Disqualification of the Judge. There is a pending Judicial Misconduct Complaint pursuant to Judicial Conduct Proceedings Rule 6(a) presently with the Circuit, further demonstrating the actions and misconduct of the district court. Upon the necessary corrective disciplinary actions by the Circuit or the reversal of the district court's Order (ECF# 348) on appeal, and the district court is appropriately disqualified, the rest of the issues and subsequent appeals may become moot.

   May the Defendant kindly ask if Clerk of Court to please provide, the Defendant with a current docket sheet and any available pro se instructions for filing an appeal brief and the process for incarcerated pro se defendants? Thank you very much.

Respectfully submitted,

Joseph Cammarata
Monmouth County Correctional Institution
1 Waterworks Rd
Freehold, NJ 07728

Declaration of Inmate Filing

United States District Court for the Third Circuit
District of Eastern Pennsylvania

Docket Number 21-cv-4845-CFK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ("SEC"), <br> Plaintiff <br> v. <br> JOSEPH CAMMARATA, <br><br> Defendant | Case Number 21-cv-4845-CFK |

I am presently an inmate confined to the Monmouth County Correctional Facility ("MCCI"). Today, February 21st, 2024, I deposited the "notice of appeal for an order by the district court" for this case, in the MCCI's internal mail system. First-class postage is prepaid by way of a forever stamp provided by me.

I declare under penalty of perjury that the foregoing is true and correct (see 28 USC 1746; 18 USC 1621).

Joseph Cammarata

Signed on February 21st, 2024

J. Cammarata
MCCI
1 Waterworks Rd
Freehold, NJ 07728

U.S. Court of Appeals - 3rd Circ.
Attn: Clerk of Court
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RECEIVED FEB 26 2024 U.S.C.A. 3rd. CIR

U.S. X-RAY

THE MONMOUTH COUNTY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM. THEREFORE, THE SHERIFF'S
OFFICE DOES NOT ASSUME
RESPONSIBILITY FOR ITS CONTENTS