# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH A. CAMMARATA, et al.,** | : | |
| *Defendants*. | : | NO. 21-cv-04845 |

## FINAL ORDER

**AND NOW**, this **1st day of April 2024**, upon consideration of Defendant Joseph A. Cammarata's Motion to Dismiss the SEC's Complaint for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(h)(3) and in the Alternative a Motion for Relief from (ECF #320) Pursuant to Fed. R. Civ. P. 60(b) (ECF No. 353), Plaintiff's Response in Opposition (ECF No. 358), and Defendant's Reply (ECF No. 362), it is hereby **ORDERED** that the Motion (ECF No. 353) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**