IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH A. CAMMARATA, et al.,** | : | |
| *Defendants.* | : | NO. 21-cv-04845 |

## ORDER

**AND NOW**, this **14th day of June 2024**, upon consideration of the United States of America, the Securities and Exchange Commission, and Nina Cammarata's Motion to Preserve Status Quo to Allow Resolution of Competing Claims to Assets Frozen By Order of the Court (ECF No. 389), it is hereby **ORDERED** that the Motion (ECF No. 389) is **GRANTED**. The United States shall file a preliminary order of forfeiture in the parallel criminal case, *United States v. Cammarata*, No. 2:21-cr-00427-1-CFK (E.D. Pa.), on or before **July 8, 2024**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**