**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH A. CAMMARATA, et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-4845** |

**ORDER**

**AND NOW**, this **9th** day of **September 2026**, upon consideration of Defendant Joseph A. Cammarata's *pro se* Motion for Relief from a Void Judgment and Void Orders Pursuant to Federal Rules of Civil Procedure 60(b)(4) and 12(h)(3) (ECF No. 421), Plaintiff Securities and Exchange Commission ("SEC")'s Opposition to Defendant's Motion for Relief from a Void Judgment and Void Orders (ECF No. 423), Defendant's Reply in Support of His Motion for Relief from a Void Judgment and Void Orders (ECF No. 424), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 421) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**