**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **JOSEPH A. CAMMARATA, et al.,** *Defendants.* | : | **NO. 21-4845** |

**ORDER**

**AND NOW**, this **10th** day of **November 2026**, upon consideration of Defendant Joseph Cammarata's *pro se* Motion to Alter or Amend the Judgment (the "Defendant's Motion") (ECF No. 427), and the docket, it is hereby **ORDERED** that the Defendant's Motion (ECF No. 427) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**